Argued June 21, affirmed June 21, 1971

## STATE OF OREGON, *Respondent, v.*
## WILLIAM ARTHUR NEEDHAM (No. C-58829),
*Appellant.*

485 P2d 1233

*Kevin P. O'Connell,* Portland, argued the cause for appellant. With him on the brief were John J. Haugh and O'Connell, Goyak, Haugh & Loew, Portland.

*Hal Coe,* Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Lee Johnson, Attorney General, and Jacob B. Tanzer, Solicitor General, Salem.

Before SCHWAB, Chief Judge, and FOLEY and THORNTON, Judges.

AFFIRMED FROM THE BENCH.